IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED JUL 31 2012

JUVENTINO RAMIREZ : CIVIL ACTION
:
v. :
:
ATTORNEY GENERAL OF :
PENNSYLVANIA, et al. : NO. 12-2040

ORDER

EDMUND V. LUDWIG, J.

AND NOW, this 31st day of July, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; (Objections Overruled.)
2. The petition for writ of habeas corpus is DENIED.
3. There is no basis for the issuance of a certificate of appealability.

ENTERED
JUL 31 2012
CLERK OF COURT

BY THE COURT:

_____
EDMUND V. LUDWIG, J.